**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DAVID SERBANDO ROSARIO-CASTILLO,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2059-KC** |
| **WARDEN, EL PASO CAMP EAST MONTANA, et al.,** | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On August 17, 2026, the Court ordered Respondents to file a status report by August 27 stating whether David Serbando Rosario-Castillo was removed from the country. Aug. 17, 2026, Order, ECF No. 6.

Respondents have now filed a Status Report, ECF No. 9, in which they inform the Court that Rosario-Castillo was removed to Venezuela by charter flight on August 19. *Id.* at 1. "[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Rosario-Castillo has been removed, and thus released from custody, the Petition is now moot. *See Ortez*, 845 F.2d at 575. Accordingly, the Court **ORDERS** that the Petition, ECF No. 1, is **DISMISSED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 28th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE